UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESSICA MARCELA TAVERA HIDALGO,<br><br>                Petitioner,<br><br>      -v.-<br><br>KENNETH GENALO, *Field Office Director of Enforcement and Removal Operations of New York*; KRISTI NOEM, *Secretary of U.S. Department of Homeland Security*; PAMELA BONDI, *U.S. Attorney General*; TODD LYONS, *Acting Director of Immigration and Customs Enforcement*; U.S. DEPARTMENT OF HOMELAND SECURITY; and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                Respondents. | 26 Civ. 2052 (KPF)<br><br>**ORDER GRANTING HABEAS PETITION** |

KATHERINE POLK FAILLA, District Judge:

On March 12, 2026, Petitioner Yessica Marcela Tavera Hidalgo filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241.  (Dkt. #1).  On the same day, Petitioner also filed an emergency motion.  (Dkt. #3).  Pursuant to the Court's March 12, 2026 Order, the Government filed a letter on March 14, 2026 (Dkt. #7), and Petitioner filed a response to the Government's letter on March 15, 2026 (Dkt. #8).  The Court held a hearing on the habeas petition and emergency motion on March 17, 2026.

For the reasons set forth on the record at the March 17, 2026 hearing, the petition is GRANTED.  The Court ORDERS Respondents to immediately release Ms. Tavera Hidalgo from custody and to certify compliance with this Order by filing an entry on the docket no later than **March 18, 2026**, at **12:00**

**p.m.** The Court further ORDERS that Ms. Tavera Hidalgo shall not be re-detained without notice and an opportunity to be heard at a pre-deprivation bond hearing before a neutral decisionmaker, where the Government will have the burden of showing that her detention is authorized under 8 U.S.C. § 1226(a).

The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  March 17, 2026
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

2