**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
YESSICA MARCELA TAVERA HIDALGO,

                        Petitioner,                  26 **CIVIL** 2052 (KPF)

        -against-                            <u>**JUDGMENT**</u>

KENNETH GENALO, Field Office Director of
Enforcement and Removal Operations of New
York; KRISTI NOEM, Secretary of U.S.
Department of Homeland Security; PAMELA
BONDI, U.S. Attorney General; TODD LYONS,
Acting Director of Immigration and Customs
Enforcement; U.S. DEPARTMENT OF
HOMELAND SECURITY; and EXECUTIVE
OFFICE FOR IMMIGRATION REVIEW,

                        Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 17, 2026, the petition is GRANTED; accordingly, the

case is closed.

**DATED:** New York, New York
            March 17, 2026

                                 **TAMMI M. HELLWIG**

                                   **Clerk of Court**

        **BY:**                                **Deputy Clerk**